# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| ABELARDO PENATE PEREZ, | ) | |
| | ) | |
| *Petitioner*, | ) | Case No, 3:26-cv-363 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | Magistrate Judge Poplin |
| MARKWAYNE MULLIN, and | ) | |
| TOM SPANGLER, | ) | |
| | ) | |
| *Respondents*. | ) | |

## ORDER

Petitioner Abelardo Penate Perez, by and through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on July 31, 2026, challenging his detention without a bond hearing as violative of the Immigration and Nationality Act and his right to procedural due process. [Doc. 1]. Petitioner has paid the filing fee.

Having reviewed the petition, the Court **DIRECTS** the Clerk to forward one copy of the petition [Doc. 1] and this Order to each Respondent. Given the issues raised in the petition, good cause exists to require Respondents to file a response by **August 7, 2026**, to show cause why the writ should not issue. *See* 28 U.S.C. § 2243. Petitioner may file any desired reply by **August 11, 2026**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**